IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TODD C. JACKSON, SR.,
    Petitioner,

vs.                                        Case No.: 5:13cv67/RS/EMT

UNITED STATES OF AMERICA,
    Respondent.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Petitioner commenced this action by filing a petition for writ of habeas corpus (doc. 1). On March 8, 2013, this court entered an order directing Petitioner to file an amended habeas petition and either pay the $5.00 filing fee or file a fully completed motion to proceed in forma pauperis within thirty (30) days (doc. 3). Petitioner failed to comply with the order; therefore, on April 16, 2013, the court issued an order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 4). Petitioner then paid the filing fee (doc. 5), but he failed to file an amended petition. Therefore, on May 15, 2013, the court issued another show cause order requiring Petitioner to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 6). The time for compliance with the show cause order has elapsed, and Petitioner has failed to file an amended petition or otherwise respond.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 25th day of February 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**