**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

TODD C. JACKSON, SR.,

                Petitioner,

vs.                                CASE NO. 5:13cv67/RS-EMT

UNITED STATES OF AMERICA,

                Respondent.

_____/

### <u>ORDER</u>

       Before me is the Magistrate Judge's Report and Recommendation (Doc. 7).

Petitioner has not filed objections.

       **IT IS ORDERED**:

       1.      The Magistrate Judge's Report and Recommendation is approved and is

              incorporated in this Order.

       2.      This case is dismissed without prejudice for Petitioner's failure to comply

              with an Order of this court.

       3.      The clerk is directed to close the file.

       **ORDERED** on March 26, 2014.

                                  /S/ Richard Smoak_____
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**